**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Marylou Quialusan,

     Plaintiff,

v.

Ilocano American Association of NV, et al.,

     Defendants.

Case No. 2:26-cv-01292-APG-NJK

**REPORT AND RECOMMENDATION**

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis.* Docket No. 1.

The Court may authorize the commencement of an action without prepayment of fees and costs, or security therefor, by a person who has shown an inability to pay such costs. 28 U.S.C. § 1915(a)(1). A determination of whether the plaintiff has shown an inability to pay is a matter left to the discretion of the Court. *See, e.g.*, *Flores v. Colvin*, 2014 U.S. Dist. Lexis 93236, at *2 (D. Nev. May 22, 2014), *adopted*, 2014 U.S. Dist. Lexis 93234 (D. Nev. July 9, 2014). While an applicant need not be absolutely destitute to qualify for a waiver of costs and fees, the applicant must demonstrate an inability to pay those costs while still providing for the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948).

The application identifies monthly wages of approximately $2,800, which exceeds the federal poverty guidelines for a family of one.[1] *Cf. Andrea L.M. v. O'Malley*, 2024 U.S. Dist. Lexis 117157, at *2 (D. Nev. July 3, 2024) (comparing income to poverty guidelines). That monthly income is also well above the amounts that have led to denial of *in forma pauperis* status, *see, e.g.*, *Brunson v. Soc. Sec.*, 2019 WL 6709544, at *1 (D. Nev. Oct. 31, 2019) (denying *in forma pauperis* status based on monthly income of $1,397), *adopted*, 2019 WL 6700193 (D. Nev. Dec.

---

[1] Plaintiff submits that she additionally receives annuity, pension, or life insurance payments, though she fails to state the amount, as required. Docket No. 1 at 1.

1

9, 2019), and the Court has rejected similar requests, *see Andrea L.M.*, 2024 U.S. Dist. Lexis 117157, at *2. Moreover, the application identifies that Plaintiff has $1,200 in cash or in a checking or savings account. *See* Docket No. 1 at 2. In short, Plaintiff is able to pay the filing fee.

Accordingly, the undersigned **RECOMMENDS** that the application to proceed *in forma pauperis* be **DENIED** and that Plaintiff be required to pay the filing fee in prompt fashion within a specified timeframe.

Dated: April 29, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2