**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARYLOU QUIALUSAN, | Case No.: 2:26-cv-01292-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 3] |
| ILOCANO AMERICAN ASSOCIATION OF NV, et al., | |
| Defendants | |

On April 29, 2026, Magistrate Judge Koppe recommended that I deny plaintiff Marylou Quialusan's application to proceed in forma pauperis because she is able to pay the filing fee. ECF No. 3.  Quialusan did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 3) is accepted.

I FURTHER ORDER that plaintiff Marylou Quialusan must pay the filing fee by June 9, 2026.  Failure to pay the filing fee by that date will result in this case being dismissed without prejudice.

DATED this 19th day of May, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE