**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARYLOU QUIALUSAN,

Plaintiff

v.

ILOCANO AMERICAN ASSOCIATION OF NV, et al.,

Defendants

Case No.: 2:26-cv-01292-APG-NJK

**Order Granting Extension of Time**

[ECF No. 5]

On May 19, 2026, I ordered plaintiff Marylou Quialusan to pay the filing fee by June 9, 2026. On June 8, she filed a motion seeking an extension of the payment date due to a death in her family and medical expenses. ECF No. 5. She has now had an additional two months and still has not paid the filing fee. Out of an abundance of caution, I will grant her one last extension. Ms. Quialusan must pay the filing fee by August 28, 2026. Failure to pay the filing fee by that date will result in this case being dismissed without prejudice.

DATED this 5th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE