**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Marylou Quialusan,

Plaintiff,

v.

Ilocano American Association of NV, et al.,

Defendants.

Case No. 2:26-cv-01292-APG-NJK

**Order**

Plaintiff has paid the filing fee and the complaint has been docketed. Docket Nos. 7, 8. Plaintiff must effectuate service by November 24, 2026. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: September 1, 2026

Nancy J. Koppe
United States Magistrate Judge