**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Marylou Quiacusan,

Plaintiff,

v.

Ilocano American Association of NV, et al.,

Defendants.

Case No. 2:26-cv-01292-APG-NJK

**Order**

[Docket No. 11]

Pending before the Court is Plaintiff's letter. Docket No. 11. Plaintiff is advised that she must seek relief by filing a proper motion, not by sending the Court a letter. Local Rule 7-2(a). Accordingly, the Court **DENIES** without prejudice Plaintiff's letter.

IT IS SO ORDERED.

Dated: September 28, 2026

Nancy J. Koppe
United States Magistrate Judge